**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond James Schnabel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Hualapai Valley Fire District, et al., <br><br> Defendants. | Case No. CV-07-0150-PCT-JAT <br><br> **ORDER** |

Currently pending before the Court is Plaintiffs' Second Motion to Amend Complaint (Doc. #30). Defendants have not filed an objection. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court will deem Defendants' failure to file a response as consent to the amendment.

Accordingly,

IT IS ORDERED granting Plaintiff's Motion to Amend (Doc. #31).

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Amended Complaint currently lodged at Docket Number 31.

Dated this 16th day of August, 2007.

James A. Teilborg
United States District Judge